**SIGNED THIS 30th day of May, 2024**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division**

In re:

Sepopo S Senouwoe

Case No.: 24-50148-RBC
Chapter 13

Debtor

### ORDER EXTENDING TIME TO FILE MODIFIED CHAPTER 13 PLAN

CAME the Debtor, Sepopo S. Senouwoe, by counsel, and upon his Motion to Extend Time to file his Modified Chapter 13 Plan, and for good cause shown, it is hereby

ORDERED, that the deadline of May 29, 2024 for the Debtor to file a modified plan listed in paragraph six (6) of the continuance order signed on May 13, 2024 (ECF Doc. No. 20) is hereby extended to June 7, 2024.

***END OF ORDER***

We ask for this:

/s/ John P. Goetz
John P. Goetz, Esquire, VSB# 78514
John Goetz Law, PLC
86 W. Shirley Ave.
Warrenton, Virginia  20186
T: (540) 359-6605; F: (540) 359-6610
docs@johngoetzlaw.com
*Counsel for the Debtor*

Seen and Agreed:

/s/ Angela M .Scolforo
Chapter 13 Trustee